UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARILYN BISHOP-DAVIS,  )
                 Plaintiff(s),  )  Case No. 2:17-cv-02576-JCM-VCF
)
v.  )  **ORDER**
)
NV ENERGY, INC.,  )
                 Defendant(s).  )

On November 2, 2017, the Court set an early neutral evaluation in this case for December 13, 2017. Docket No. 7. Based on the parties' stipulation that such ENE should be held after a decision on Defendant's motion to dismiss, the Court then vacated that ENE. Docket Nos. 8-9. Immediately thereafter, Plaintiff filed a motion to amend the complaint. Docket No. 11. Although the undersigned does not intend to prejudice the outcome of that motion and expresses no opinion herein whether it will be granted, the motion to amend appears to substantially decrease the potential that the pending motion to dismiss will dispose of this case. *See* Fed. R. Civ. P. 15(a)(1)(B) (parties may amend as a matter of course and without leave within 21 days of the service of a motion to dismiss); *see also Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (*per curiam*) (when leave is required to amend under Fed. R. Civ. P. 15(a)(2), it is nonetheless provided with "extreme liberality"). Given the changed circumstances, the Court again schedules an ENE to commence **December 13, 2017 at 9:30 a.m.** in the chambers of the undersigned Magistrate Judge on the fourth floor of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. The parties shall submit ENE statements no later than **December 6, 2017**.

The order at Docket No. 7 continues to govern the ENE in this case.

IT IS SO ORDERED.

Dated: November 8, 2017

                                                                      _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge