ROGER L. GRANDGENETT, II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Telephone: 702-862-8800
Fax: 702-862-8811
Email: rgrandgenett@littler.com

KARYN M. TAYLOR, ESQ., Bar # 6142
NV ENERGY
6100 Neil Road
Reno, NV 89511
Telephone: 775-834-5781
Fax: 775-834-3357
Email: ktaylor@nvenergy.com

Attorneys for Defendant NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN BISHOP-DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>NV ENERGY, INC., dba NV ENERGY; a domestic corporation,<br><br>Defendant. | Case No. 2:17-cv-02576-JCM-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

The parties, by and through their attorneys of record, hereby stipulate and agree that the time for Defendant to file a Reply in Support of Motion to Dismiss Plaintiff's Complaint shall be extended one (1) week, up to and including Wednesday, November 22, 2017. Defendant filed its *Motion to Dismiss Plaintiff's Complaint* on November 1, 2017; Plaintiff filed her *Plaintiff Response to Defendant's Motion to Dismiss* on November 8, 2017.

///

///

///

///

This extension of time is necessary to accommodate the workload and schedule of Defendant's counsel, is sought in good faith, and is not made for the purposes of delay.

DATED: November 14, 2017  /s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.
Attorney for Defendant

DATED: November 14, 2017  /s/ Guinness Ohazuruike
GUINNESS OHAZURUIKE, ESQ.
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED November 16, 2017.

_____
UNITED STATES DISTRICT JUDGE

2:17-cv-02576-JCM-VCF