ROGER L. GRANDGENETT, II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Telephone: 702-862-8800
Fax: 702-862-8811
Email: rgrandgenett@littler.com

KARYN M. TAYLOR, ESQ., Bar # 6142
NV ENERGY
6100 Neil Road
Reno, NV 89511
Telephone: 775-834-5781
Fax: 775-834-3357
Email: ktaylor@nvenergy.com

Attorneys for Defendant NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN BISHOP-DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>NV ENERGY, INC., dba NV ENERGY;<br>a domestic corporation,<br><br>Defendant. | Case No. 2:17-cv-02576-JCM-VCF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff, MARILYN BISHOP-DAVIS, by and through her counsel of record GUINNESS OHAZURUIKE, ESQ., and Defendant, NV ENERGY, INC. dba NV ENERGY, by and through its counsel of record KARYN M. TAYLOR,

///
///
///
///
///
///

ESQ. and ROGER L. GRANDGENETT, II, ESQ., that the above-captioned matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: 12-20-2017

_____
GUINNESS OHAZURUIKE, ESQ.
Attorney for Plaintiff,
MARILYN BISHOP-DAVIS

DATED: 1/4/18

_____
KARYN M. TAYLOR, ESQ.
Attorney for Defendant,
NV ENERGY INC. dba NV ENERGY

DATED: 1-4-18

_____
ROGER L. GRANDGENETT, II, ESQ.
Attorney for Defendant,
NV ENERGY INC. dba NV ENERGY

## ORDER

IT IS SO ORDERED January 9, 2018.

_____
UNITED STATES DISTRICT JUDGE